886 A.2d 1136

**COMMONWEALTH of Pennsylvania, Appellee**

v.

**Rebecca ARIAS, Appellant (Two Cases).**

Supreme Court of Pennsylvania.

Argued Dec. 7, 2005.

Decided Dec. 21, 2005.

Jeanne Trivellini, David James Long, Erie, Glenn D. Welsh, Reading, for Rebecca Arias, appellant.

Mark Carlyle Baldwin, Reading, Alisa Rebecca Hobart, for the Com. of PA, appellee.

Before: CAPPY, C.J., CASTILLE, NEWMAN, SAYLOR, EAKIN and BAER, JJ.

## ORDER

PER CURIAM.

Appeals dismissed as having been improvidently granted.

Justice NIGRO did not participate in the consideration or decision of this matter.